HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ALEJANDRO SOTO-MARES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO SOTO-MARES,<br><br>Defendant. | Case No. 1:25-cr-00048-KES-EPG-3<br><br>**STIPULATION TO SET FOR CHANGE-OF-PLEA HEARING; ORDER**<br><br>Date:  April 13, 2026<br>Time:  9:30 a.m.<br>Judge: Hon. Kirk E. Sherriff |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Cody S. Chapple, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Alejandro Soto-Mares, that the Court may schedule a change-of-plea hearing for April 13, 2026, at 9:30 a.m.

The parties agree and request that the Court make the following findings:

1.     Mr. Soto-Mares intends to enter an open plea. An Application for Permission to Enter Plea of Guilty will be filed concurrently with this stipulation.

3.     The parties therefore request that the Court set a change-of-plea on April 13, 2026, at 9:30 a.m.

4.     Time has previously been excluded through July 14, 2026.

/ / /

/ / /

**IT IS SO STIPULATED.**

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: April 8, 2026

/s/ Cody S. Chapple
CODY S. CHAPPLE
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 8, 2026

/s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ALEJANDRO SOTO-MARES

**O R D E R**

**IT IS SO ORDERED.** A change-of-plea hearing is hereby set for **April 13, 2026, at 9:30 a.m.** before the Honorable Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:   April 8, 2026

UNITED STATES DISTRICT JUDGE

Soto-Mares – Stipulation Set for Change-of-Plea Hearing; Order

2