HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ALEJANDRO SOTO-MARES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO SOTO-MARES,<br><br>Defendant. | Case No. 1:25-cr-00048-KES-EPG-3<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date:  August 10, 2026<br>Time:  9:30 a.m.<br>Judge: Hon. Kirk E. Sherriff |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Cody S. Chapple, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Alejandro Soto-Mares, that the Court may continue the sentencing hearing currently scheduled for August 3, 2026, to August 10, 2026, at 9:30 a.m.

On June 1, 2026, the parties filed a stipulation to continue the June 29, 2026 sentencing hearing to July 27, 2026. *See* ECF #68. The Court continued the sentencing hearing but, due to the Court's availability, continued it to August 3, 2026. *See* ECF #69. Defense counsel is scheduled to be out of the office on August 3, 2026. Accordingly, the parties request that the Court continue the sentencing hearing to August 10, 2026.

**IT IS SO STIPULATED.**

/ / /

/ / /

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: June 22, 2026                    /s/ Cody S. Chapple
                                       CODY S. CHAPPLE
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       HEATHER E. WILLIAMS
                                       Federal Defender

Date: June 22, 2026                    /s/ Erin Snider
                                       ERIN SNIDER
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ALEJANDRO SOTO-MARES


## **O R D E R**

**IT IS SO ORDERED.** The sentencing hearing scheduled for August 3, 2026, is hereby continued to August 10, 2026, at 9:30 a.m. before the Honorable Kirk E. Sherriff.


IT IS SO ORDERED.

Dated:   June 22, 2026                 _____
                                       UNITED STATES DISTRICT JUDGE

Soto-Mares – Stipulation to Continue Sentencing Hearing          2